ALBERT E. CORDOVA (State Bar No. 74283)
Attorney at Law
129 Prospect Drive
San Rafael, California 94901
Telephone: (415) 517-4713
albert@aec-law.com

Attorney for Defendant
JILL MARIE LEVY dba NAPA HOMES
and ESTATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>JILL MARIE LEVY dba NAPA HOMES and ESTATES,<br><br>　　　　　Defendant(s).<br><br>AND RELATED CROSS-CLAIM | No. 3:21-cv-07343-DMR<br><br>**ANSWER OF JILL MARIE LEVY dba NAPA HOMES and ESTATES TO COMPLAINT OF ANDRES GOMEZ** |

Comes now Defendant JILL MARIE LEVY dba NAPA HOMES and ESTATES and in answer to the Complaint of ANDRES GOMEZ, admits, denies and otherwise responds as follows:

1. Answering the allegations of this numbered paragraph of the complaint, Defendant is without sufficient information or belief to admit or deny the allegations contained therein and placing her denial on that basis denies the allegations contained therein.

2. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

3. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

4. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

5. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant denies the allegations contained therein.

6. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

7. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

8. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

9. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

10. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

11. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

ANSWER OF JILL MARIE LEVY dba NAPA HOMES and ESTATES

12. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

13. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

14. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

15. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

16. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

17. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

18. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

19. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

20. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant denies the allegations contained therein.

21. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

22. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

23. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

24. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

25. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

26. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

27. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or

deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

28. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

29. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

30. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

31. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

32. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant denies the allegations contained therein.

33. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

34. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or

deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

35. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

36. Defendant realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 35 of the complaint as if fully set forth herein. Defendant is without sufficient information or belief to enable her to admit or deny the allegation that Real Estate is a "public accommodation" and placing her denial on that ground, denies that allegation.

37. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant admits the allegations contained therein.

38. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

39. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

40. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or deny the allegations contained therein and placing her denial on that ground, denies the allegations contained therein.

41. Answering the allegations of this numbered paragraph of the complaint, this answering Defendant is without sufficient information or belief to enable her to admit or

1  deny the allegations contained therein and placing her denial on that ground, denies the
2  allegations contained therein.
3       42. Answering the allegations of this numbered paragraph of the complaint, this
4  answering Defendant is without sufficient information or belief to enable her to admit or
5  deny the allegations contained therein and placing her denial on that ground, denies the
6  allegations contained therein.
7       43. Defendant realleges and incorporates herein by reference each and every
8  allegation contained in Paragraphs 1 through 42 of the complaint as if fully set forth herein.
9  Defendant is without sufficient information or belief to enable her to admit or deny the
10 allegations with regard to the legal effect of the Unruh Civil Rights Act and placing her
11 denial on that ground, denies that allegation.
12      44. Answering the allegations of this numbered paragraph of the complaint, this
13 answering Defendant is without sufficient information or belief to enable her to admit or
14 deny the allegations contained therein and placing her denial on that ground, denies the
15 allegations contained therein.
16      45. Answering the allegations of this numbered paragraph of the complaint, this
17 answering Defendant is without sufficient information or belief to enable her to admit or
18 deny the allegations contained therein and placing her denial on that ground, denies the
19 allegations contained therein.
20      46. Answering the allegations of this numbered paragraph of the complaint, this
21 answering Defendant is without sufficient information or belief to enable her to admit or
22 deny the allegations contained therein and placing her denial on that ground, denies the
23 allegations contained therein.
24      47. Answering the allegations of this numbered paragraph of the complaint, this
25 answering Defendant is without sufficient information or belief to enable her to admit or
26 deny the allegations contained therein and placing her denial on that ground, denies the
27 allegations contained therein.
28

## AFFIRMATIVE DEFENSES

1. **Failure to mitigate**. Plaintiff failed to make any request or demand to remove any non-compliant design faults alleged by Plaintiff to exist. A simple letter notification would have resulted in immediate correction on behalf of Defendant through its third party vendor thereby obviating the alleged need to file this lawsuit and to burden the courts and parties thereby. The race to the courthouse evinces a motivation other than the prevention of non-compliant websites or Plaintiff's alleged status as "tester" as alleged in Par. 27 of the Complaint.

2. **Immediate Correction.** Immediately upon receipt of a copy of the Complaint (and prior to service thereof) Defendant instructed her third party website manager to remove all offending content and indeed terminated said third party vendor in order to ensure that no violation occurred thereafter.

3. **Mootness.** The matters complained of in the Complaint were corrected immediately and there is no current violation or need for Declaratory or Injunctive Relief.

Wherefore, Defendant prays that this Court award no damages or relief to Plaintiff.

Dated: October 25, 2021

        Respectfully submitted,

        ALBERT E. CORDOVA
        Attorney at Law

        By:
        ALBERT E. CORDOVA
        Attorney for Defendant