ALBERT E. CORDOVA (State Bar No. 74283)
Attorney at Law
129 Prospect Drive
San Rafael, California 94901
Telephone: (415) 517-4713
albert@aec-law.com

Attorneys for Defendant
Jill Marie Levy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ<br><br>    Plaintiff(s),<br><br>vs.<br><br>JILL MARIE LEVY dba NAPA HOMES and ESTATES,<br><br>    Defendant(s).<br><br>AND RELATED COUNTER-CLAIM | No. 3:21-cv-07343 DMR<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(c)** |

1
REQUEST FOR DISMISSAL

1  PLEASE TAKE NOTICE:  The Counterclaim brought by Defendant Jill Lev is dismissed by
2  Counterclaimant without prejudice.
3       This Counterclaim is dismissed pursuant to Federal Rules of Civil Procedure, Rule
4  41(c).
5  Dated:  May 31, 2022

Respectfully submitted,

ALBERT E. CORDOVA
Attorney at Law

By: /s/ Albert E. Cordova
ALBERT E. CORDOVA
Attorney for Defendant
Jill Levy

2
REQUEST FOR DISMISSAL