CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Joshua S. Devore
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
Napa, CA, 94559
jdevore@dpf-law.com
Attorney for Defendants
Jill Marie Levy dba Napa Homes and Estates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>JILL MARIE LEVY DBA NAPA HOMES AND ESTATES,<br><br>    Defendant. | Case: 3:21-cv-07343-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action shall be dismissed with prejudice as to all claims, causes of action and parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: August 29, 2022    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: August 29, 2022    DICKENSON, PEATMAN & FOGARTY

By: /s/ Joshua S. Devore
    Joshua S. Devore
    Attorney for Defendant
    Jill Marie Levy dba Napa Homes and Estates

Date: August 30, 2022

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2